1  GREGORY P. STONE (SBN 78329)
   Gregory.Stone@mto.com
2  BETHANY W. KRISTOVICH (SBN 241891)
   Bethany.Kristovich@mto.com
3  ZACHARY M. BRIERS (SBN 287984)
   Zachary.Briers@mto.com
4  BENJAMIN G. BAROKH (SBN 318629)
   Benjamin.Barokh@mto.com
5  APRIL D. YOUPEE-ROLL (SBN 331761)
   April.Youpee-Roll@mto.com
6  **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue, Fiftieth Floor
7  Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
8  Facsimile:     (213) 687-3702

9  Attorneys for YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated, | Case No. 4:20-cv-7493-YGR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT YOUTUBE, LLC'S MOTION TO DISMISS** |
| vs. | |
| YOUTUBE, INC., | |
| Defendant. | |

1   Defendant YouTube, LLC's Motion to Dismiss having come for hearing on January 26,
2  2021, and considering all arguments in support of and in opposition to the motion, the Court hereby
3  orders:
4   1. Plaintiff Jane Doe's first claim for Negligence (Abnormally Dangerous Activity) is
5  dismissed [with/without] prejudice for failure to state a claim under Federal Rule of Civil Procedure
6  12(b)(6).
7   2. Plaintiff Jane Doe's second claim for Negligence (Negligent Exercise of Retained
8  Control) is dismissed [with/without] prejudice for failure to state a claim under Federal Rule of Civil
9  Procedure 12(b)(6).
10   3. Plaintiff Jane Doe's third claim for Negligence (Negligent Provision of Unsafe
11  Equipment) is dismissed [with/without] prejudice for failure to state a claim under Federal Rule of
12  Civil Procedure 12(b)(6).
13   4. Plaintiff Jane Doe's fourth claim for violation of California's Unfair Competition
14  Law is dismissed [with/without] prejudice for failure to state a claim under Federal Rule of Civil
15  Procedure 12(b)(6).
16   5. Plaintiff Jane Doe's fifth claim for violation of California's Unfair Competition Law
17  (as "Special Employer") is dismissed [with/without] prejudice for failure to state a claim under
18  Federal Rule of Civil Procedure 12(b)(6).
19   **SO ORDERED.**
20
21  DATED: _____   _____
22                                  Hon. Yvonne Gonzalez Rogers
                                    United States District Judge
23
24
25
26
27
28