Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Katharine L. Malone (SBN 290884)
Anna-Patrice Harris (SBN 309022)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swillliams@saverilawfirm.com
kmalone@saverilawfirm.com
aharris@saverilawfirm.com

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

*Attorneys for Plaintiff and the Proposed Class*
Additional counsel on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JANE DOE**, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>**YOUTUBE, INC.**<br><br>        *Defendant*. | Case No. 4:20-CV-7493-YGR<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT** |

1    This Stipulation is entered between Plaintiff Jane Doe ("Plaintiff"); and YouTube, LLC
2  ("Defendant"), by and through their respective counsel.
3    WHEREAS, Plaintiff Jane Doe, on behalf of herself and all others similarly situated, filed the
4  above captioned action on September 21, 2020, in the Superior Court of California, County of San
5  Mateo;
6    WHEREAS, Defendant YouTube, Inc., removed the above captioned action to this Court on
7  October 24, 2020;
8    WHEREAS, Plaintiff agreed to extend the deadline for Defendant to respond to Plaintiff's
9  Complaint until December 2, 2020 (ECF No. 6);
10    WHEREAS, Defendant filed a motion to dismiss on December 2, 2020 (ECF No. 16);
11    WHEREAS, the parties stipulated to a revised briefing schedule on December 11, 2020 (ECF
12  No. 22), which was entered by the Court on December 15, 2020 (ECF No. 23);
13    WHEREAS, on July 13, 2021, this Court heard oral argument on Defendant's motion to
14  dismiss;
15    WHEREAS, on July 14, 2021, the Court granted Defendant's motion to dismiss with leave to
16  amend and ordered Plaintiff to file her amended complaint by no later than August 13, 2021 (ECF No.
17  32);
18    WHEREAS, since entry of the Court's July 14, 2021 order, the parties have conferred through
19  their counsel of record and agree that they would like an opportunity to discuss potential resolution
20  informally;
21    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, as
22  represented by their undersigned counsel, subject to the approval of the Court, the last date by which
23  Plaintiff shall file an Amended Complaint be extended to October 15, 2021.

1  Respectfully submitted,

2  Dated: August 11, 2021

3  By: /s/ *Zachary M. Briers*
   Zachary M. Briers (SBN 287984)
4  **MUNGER TOLLES & OLSON LLP**
   350 South Grand Avenue, 50th Floor
5  Los Angeles, CA 90071
   Telephone: (213) 683-9100
6  Facsimile: (213) 687-3702

7  *Counsel for Defendant*

By: /s/ *Steven N. Williams*
Steven N. Williams (SBN 175489)
Joseph R. Saveri (SBN 130064)
Katharine L. Malone (SBN 290884)
Anna-Patrice Harris (SBN 309022)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

*Counsel for Plaintiff and the Proposed Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August __, 2021

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

<u>N.D. Cal. Civil Local Rule 5-1 Attestation</u>

I, Steven N. Williams, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that Zachary M. Briers concurred in the filing of this document.

By:   *Steven N. Williams*
            Steven N. Williams