1  Joseph R. Saveri (SBN 130064)
   Steven N. Williams (SBN 175489)
2  Katharine L. Malone (SBN 290884)
   Anna-Patrice Harris (SBN 309022)
3  **JOSEPH SAVERI LAW FIRM, LLP**
4  601 California Street, Suite 1000
   San Francisco, CA 94108
5  Telephone: (415) 500-6800
   Facsimile: (415) 395-9940
6  jsaveri@saverilawfirm.com
   swillliams@saverilawfirm.com
7  kmalone@saverilawfirm.com
   aharris@saverilawfirm.com
8
   Daniel H. Charest (admitted *pro hac vice*)
9  dcharest@burnscharest.com
   Mallory Biblo (admitted *pro hac vice*)
10 mbiblo@burnscharest.com
   **BURNS CHAREST LLP**
11 900 Jackson St., Suite 500
   Dallas, Texas 75202
12 Telephone: (469) 904-4550
   Facsimile: (469) 444-5002
13
   *Attorneys for Plaintiff and the Proposed Class*
14 Additional counsel on signature page

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                           OAKLAND DIVISION
18

19 **JANE DOE**, individually and on behalf of all    Case No. 4:20-CV-7493-YGR
   others similarly situated,
20                                                   **JOINT STIPULATED REQUEST AND
            *Plaintiffs*,                            [PROPOSED] ORDER TO EXTEND TIME TO
21                                                   FILE AMENDED COMPLAINT**
   v.
22
23 **YOUTUBE, INC.**

24          *Defendant*.

25
26
27
28

Case No. 4:20-CV-7493-YGR

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME TO
FILE AMENDED COMPLAINT

| | |
|---|---|
| 1 | This Stipulation is entered between Plaintiff Jane Doe ("Plaintiff"); and YouTube, LLC |
| 2 | ("Defendant"), by and through their respective counsel. |
| 3 | WHEREAS, Plaintiff Jane Doe, on behalf of herself and all others similarly situated, filed the |
| 4 | above captioned action on September 21, 2020, in the Superior Court of California, County of San |
| 5 | Mateo; |
| 6 | WHEREAS, Defendant YouTube, Inc., removed the above captioned action to this Court on |
| 7 | October 24, 2020; |
| 8 | WHEREAS, Plaintiff agreed to extend the deadline for Defendant to respond to Plaintiff's |
| 9 | Complaint until December 2, 2020 (ECF No. 6); |
| 10 | WHEREAS, Defendant filed a motion to dismiss on December 2, 2020 (ECF No. 16); |
| 11 | WHEREAS, the parties stipulated to a revised briefing schedule on December 11, 2020 (ECF |
| 12 | No. 22), which was entered by the Court on December 15, 2020 (ECF No. 23); |
| 13 | WHEREAS, on July 13, 2021, this Court heard oral argument on Defendant's motion to |
| 14 | dismiss; |
| 15 | WHEREAS, on July 14, 2021, the Court granted Defendant's motion to dismiss with leave to |
| 16 | amend and ordered Plaintiff to file her amended complaint by no later than August 13, 2021 (ECF No. |
| 17 | 32); |
| 18 | WHEREAS, since entry of the Court's July 14, 2021 order, the parties have conferred through |
| 19 | their counsel of record and agree that they would like an opportunity to discuss potential resolution |
| 20 | informally; |
| 21 | IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, as |
| 22 | represented by their undersigned counsel, subject to the approval of the Court, the last date by which |
| 23 | Plaintiff shall file an Amended Complaint be extended to October 15, 2021. |

Case No. 4:20-CV-7493-YGR              1
JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME TO
FILE AMENDED COMPLAINT

Respectfully submitted,

Dated: August 11, 2021

By: /s/ *Zachary M. Briers*
Zachary M. Briers (SBN 287984)
**MUNGER TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Counsel for Defendant*

By: /s/ *Steven N. Williams*
Steven N. Williams (SBN 175489)
Joseph R. Saveri (SBN 130064)
Katharine L. Malone (SBN 290884)
Anna-Patrice Harris (SBN 309022)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

*Counsel for Plaintiff and the Proposed Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 13, 2021

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE