Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Elissa Buchanan (State Bar No. 249996)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
Email:     ebuchanan@saverilawfirm.com

*Attorneys for Plaintiff and the Proposed Class*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**YOUTUBE, INC.,**<br><br>*Defendant*. | Civil Case No. 4:20-CV-07493-YGR<br><br>**NOTICE OF FILING OF EXECUTED SETTLEMENT AGREEMENT** |

**TO THE COURT, THE PARTIES AND ALL COUNSEL OF RECORD:**

Please take notice that the parties have executed the settlement agreement previously submitted to the Court as Exhibit 1 to the Second Supplemental Declaration of Steven N. Williams in Support of Motion for Preliminary Approval of Class Action Settlement with Defendant and Appointment of Class Counsel.  A true and correct copy of the Settlement Agreement is attached hereto as Exhibit 1.

Dated: September 8, 2022             Respectfully Submitted,

By:      /s/ Steven N. Williams
             Steven N. Williams

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No.175489)
Elissa Buchanan (State Bar No. 249996)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940

Daniel H. Charest (admitted *pro hac vice*)
dcharest@burnscharest.com
Mallory Biblo (admitted *pro hac vice*)
mbiblo@burnscharest.com
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002

*Attorneys for Plaintiff and the Proposed Class*

Dated: September 8, 2022

By:      /s/ Zachary M. Briers

Zachary M. Briers (SBN 287984)
**MUNGER TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant*

**ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 8, 2022

                                                    /s/ *Steven N. Williams*
                                                      Steven N. Williams