Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Elissa Buchanan (SBN 249996)
Abraham A. Maggard (SBN 339949)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
Email:  jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        eabuchanan@saverilawfirm.com
        amaggard@saverilawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**YOUTUBE, INC.,**<br><br>*Defendant*. | Civil Case No. 4:20-CV-07493-YGR<br><br>**NOTICE REGARDING CLASS SIZE AND INCREASE IN SETTLEMENT AMOUNT**<br><br>Judge: The Honorable Yvonne Gonzalez Rogers |

TO THIS HONORABLE COURT, THE PARTIES, COUNSEL OF RECORD, AND ANY INTERESTED PERSONS, please take notice of the following:

1. On or about September 8, 2022, Plaintiff Jane Doe ("Plaintiff") and Defendant YouTube, LLC ("Defendant" or "YouTube") (collectively, the "Parties") entered into that certain Class Settlement and Release Agreement (the "Settlement Agreement") to resolve this action.

2. The Settlement Amount as defined and specified in the Settlement Agreement was premised on there being 1,300 Class Members. The Parties agreed to increase the Settlement Amount on a per-capita basis (but subject to an upper limit) as set forth in Section 13.2 of the Settlement Agreement and the Confidential Supplemental Agreement referenced therein.

3. Consistent with the Court's order granting preliminary approval, the Settlement Administrator received a list of the Class Members. That list reflects a total of 1,432 Class Members, which exceeds the previously-agreed upper limit.

4. The Parties engaged in good-faith negotiations regarding the increase in the number of Class Members and reached agreement (the "Supplemental Agreement") on an appropriate increase to the Settlement Amount. Based on that Supplemental Agreement, the Parties have agreed to proceed with the settlement as to the entire class except that the Settlement Amount will increase to $4,702,544.80, which reflects a pro rata increase in settlement amount based on the increase in class size. All other aspects of the Settlement Agreement and the Confidential Supplemental Agreement remain in place.

5. To adhere to the Court's instructions and schedule for notice, objections (if any), and final approval, the Parties intend to submit the Supplemental Agreement when signed. Plaintiff will include an explanation of the increase in the Settlement Amount in the notice website.

Should the Court require further information or have any concerns, the Parties welcome any inquiry or conference the Court may require.

| | |
|---|---|
| 1 | Dated: October 26, 2022 |

Dated: October 26, 2022         Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, LLP

By: */s/ Steven N. Williams*
Steven N. Williams

Joseph R. Saveri (SBN 130064)
Steven N. Williams (SBN 175489)
Elissa Buchanan (SBN 249996)
Abraham A. Maggard (SBN 339949)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
eabuchanan@saverilawfirm.com
amaggard@saverilawfirm.com

Daniel H. Charest (admitted *pro hac vice*)
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: dcharest@burnscharest.com

Patrick D. Murphree (admitted *pro hac vice*)
Richard Yelton (admitted *pro hac vice*)
**BURNS CHAREST LLP**
365 Canal St., Suite 1170
New Orleans, LA 70130
Telephone: (504)799-2845
Facsimile: (504)881-1765
Email: pmurphree@burnscharest.com
ryelton@burnscharest.com

*Counsel for Plaintiff and the Proposed Class*