UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JANE DOE**, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>**YOUTUBE, INC.**,<br><br>      *Defendant*. | Case No. 4:20-CV-07493-YGR<br><br>**~~[PROPOSED]~~ ORDER RE MOTION FOR EXTENSION OF TIME TO FILE FINAL POST-DISTRIBUTION ACCOUNTING** |

**ORDER**

IT IS ORDERED that the deadline to file a post-distribution accounting in accordance with this District's Procedural Guidance for Class Action Settlements is reset for April 1, 2024. IT IS FURTHER ORDERED that the compliance deadline set for December 8, 2023, on the Court's 9:01 a.m. calendar is reset for April 8, 2024, at 9:01 a.m.

IT IS SO ORDERED.

Dated: November 27, 2023

                                                                         YVONNE GONZALEZ ROGERS<br>
                                                                         UNITED STATES DISTRICT JUDGE

Dated:  November 26, 2023	Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, LLP

By:   /s/ Steven N. Williams
         STEVEN N. WILLIAMS

Steven N. Williams (State Bar No. 175489)
Kevin Rayhill (State Bar No. 267496)
Elissa A. Buchanan (State Bar No. 249996)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: swillliams@saverilawfirm.com
           krayhill@saverilawfirm.com
           eabuchanan@saverilawfirm.com

Daniel H. Charest (admitted *pro hac vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: dcharest@burnscharest.com

Patrick D. Murphree (admitted *pro hac vice*)
Harry R. Yelton (admitted *pro hac vice*)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
Email: pmurphree@burnscharest.com
           ryelton@burnscharest.com

*Attorneys for Plaintiff and the Class*