1   Steven N. Williams (State Bar No. 175489)
    **STEVEN WILLIAMS LAW, P.C.**
2   201 Spear Street, Suite 1100
    San Francisco, CA 94105
3   Telephone: (415) 697-1509
    Facsimile: (415) 230-5310
4   Email: swilliams@stevenwilliamslaw.com

5   Daniel H. Charest (admitted *pro hac vice*)       Harry R. Yelton (admitted *pro hac vice*)
    Connor Weldon (admitted *pro hac vice*)           **BURNS CHAREST LLP**
6   **BURNS CHAREST LLP**                             201 Saint Charles Avenue, Suite 2900
    900 Jackson Street, Suite 500                     New Orleans, Louisiana 70170
7   Dallas, TX 75202                                  Telephone: (504) 799-2845
    Telephone: (469) 904-4550                         Facsimile: (504) 881-1765
8   Facsimile: (469) 444-5002                         Email: ryelton@burnscharest.com
    Email: dcharest@burnscharest.com
9          cweldon@burnscharest.com

10
    *Settlement Class Counsel*
11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13
                            **OAKLAND DIVISION**
14

15  Jane Doe,                              Case No.  4:20-cv-07493-YGR

16              Plaintiff,                 CLASS ACTION

17      vs.                               **RE-NOTICE OF MOTION AND MOTION
                                          FOR FINAL APPROVAL OF SECOND
18  YouTube, Inc.,                        SUPPLEMENTAL CLASS ACTION
                                          SETTLEMENT AND FOR ATTORNEYS'
19              Defendant.                FEES AND REIMBURSEMENT OF
                                          COSTS
20
                                          Date: December 17, 2024
21                                        Time: 2:00 p.m.
                                          Judge: Hon. Yvonne Gonzalez Rogers
22                                        Location: Zoom

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## RE-NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 2:00 p.m. on December 17, 2024, at the United States District Court for the Northern District of California through Zoom, or as soon thereafter as the matter may be heard, Plaintiff Jane Doe ("Plaintiff"), on behalf of herself and all others similarly situated will and hereby does move this Court for an order granting final approval of the proposed second supplemental class action settlement agreement with Defendant YouTube, Inc. ("YouTube") and for attorneys' fees and reimbursement of costs.

By this motion, Plaintiff requests that the Court enter an Order:

(1) Finding that the proposed Settlement is fair, reasonable, and adequate;

(2) Granting final approval the Settlement Agreement; and

(3) Granting attorneys' fees and reimbursement of costs

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Steven N. Williams ("Williams Decl.") and the exhibits attached thereto, the Declaration of Daniel H. Charest ("Charest Decl.") and the exhibits attached thereto, the Declaration of Monica Murray ("Murray Decl.") and the exhibits attached thereto, the Court's files and records in this matter, any argument or evidence that may be presented to or considered by the Court, and any further matters as the Court may consider.

Dated: October 25, 2024

Respectfully Submitted,

STEVEN WILLIAMS LAW, P.C.

By: */s/ Steven N. Williams*
    STEVEN N. WILLIAMS

Steven N. Williams (State Bar No. 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 697-1509
Facsimile: (415) 230-5410
Email:  swillliams@stevenwilliamslaw.com

Daniel H. Charest (admitted *pro hac vice*)
Connor Weldon (admitted *pro hac vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: dcharest@burnscharest.com
       cweldone@burnscharest.com

Harry R. Yelton (admitted *pro hac vice*)
**BURNS CHAREST LLP**
201 Saint Charles Avenue, Suite 2900
New Orleans, Louisiana 70170
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
Email: ryelton@burnscharest.com

*Settlement Class Counsel*

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on October 25, 2024, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system, which will send notification of such filing to

4   counsel or parties of record electronically by CM/ECF.

5

6                                                  /s/ *Steven N. Williams*
                                                   Steven N. Williams

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RE-NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SECOND SUPPLEMENTAL
CLASS ACTION SETTLEMENT AND FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS
Case No. 4:20-cv-07493-YGR